IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:08-885-JFA |
| ) | |
| v. ) | |
| ) | ORDER |
| TRAVIS LEON DAVIDSON ) | |
| ) | |
| _____ ) | |

The defendant has filed a motion to recuse the undersigned United States District Judge from any further activity in this case because the undersigned has "exhibited prejudicial bias on several occasions against the petitioner and petitioner feels this bias is of a personal nature."  The court is constrained to deny the motion.  All of this court's dealings with the defendant/petitioner have been documented on paper, either by way of a transcript of proceedings that occurred in the courtroom or by this court's written orders.  These proceedings and orders speak for themselves and the court is aware of no instances of prejudicial bias exhibiting itself in this case.  The motion (ECF No. 231) is therefore denied.

    IT IS SO ORDERED.

July 15, 2011                                        Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge